IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL HARTZELL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-3980 |
| | : | |
| v. | : | |
| | : | |
| ANTARPAL TOOR and TOOR TRANSPORT, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of November, 2022, after a telephone conference with counsel wherein counsel having agreed that this court lacks subject-matter jurisdiction over this action because the parties are not completely diverse as required by 28 U.S.C. § 1332(a); and counsel having also agreed that the court should dismiss this action without prejudice; accordingly, it is hereby **ORDERED** as follows:

1. The action is **DISMISSED WITHOUT PREJUDCE** for lack of subject-matter jurisdiction;

2. The initial pretrial conference scheduled for Tuesday, November 29, 2022, at 11:00 a.m. is **CANCELED**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.